**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6512**

COURTNEY LYLES,

Plaintiff - Appellant,

v.

BRYAN STERLING; MICHAEL MCCALL; LEWIS; FLORENCE MAUNEY; STEPHEN CLAYTOR; DEGEORGES, Captain; BENNETT; SWINGER; VALERO; TUCKER; MITCHELL; OFFICER EDGERTON; ROBINSON, Coach; WARDEN CARTLEDGE; MISKINIS, Corporal; ROBERT OLSEN; TASHONDA CALDWELL,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Cameron McGowan Currie, Senior District Judge. (9:17-cv-00149-CMC)

Submitted: August 16, 2018                          Decided: August 21, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Courtney Lyles, Appellant Pro Se. James Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Lyles appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lyles v. Sterling*, No. 9:17-cv-00149-CMC (D.S.C. Apr. 11, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
